TIMOTHY COURCHAINE
United States Attorney
District of Arizona
W. VINNIE LICHVAR
Assistant United States Attorney
Arizona State Bar No. 028112
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: vinnie.lichvar@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>1. Jed Casey Crooke<br>   (Counts 1-3), and<br><br>2. Delbert Curtis Hyden<br>   (Counts 1-3),<br><br>          Defendants. | No.   CR-25-08186-PCT-MTL (ASB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153, 113(a)(3) and 2<br>(CIR – Assault With a Dangerous Weapon, Aid and Abet)<br>Count 1<br><br>18 U.S.C. §§ 1153, 113(a)(6) and 2<br>(CIR – Assault Resulting in Serious Bodily Injury, Aid and Abet)<br>Count 2<br><br>18 U.S.C. §§ 924(c)(1)(A) and 2<br>(Use of a Firearm During a Crime of Violence, Aid and Abet)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about September 5, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, JED CASEY CROOKE and DELBERT CURTIS HYDEN, Indians, did intentionally and knowingly assault the victim, W.M., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

## COUNT 2

On or about September 5, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, JED CASEY CROOKE and DELBERT CURTIS HYDEN, Indians, did intentionally, knowingly, and recklessly assault the victim, W.M., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2.

## COUNT 3

On or about September 5, 2025, in the District of Arizona, the defendants, JED CASEY CROOKE and DELBERT CURTIS HYDEN, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence and did knowingly use, possess, and brandish the firearm, in furtherance of a crime of violence, that is, CIR-Assault With a Dangerous Weapon as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: October 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
W. VINNIE LICHVAR
Assistant U.S. Attorney